1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7   JOANNA FERGUSON, et al.,

8                                    Plaintiffs,

9        v.

10  DIVERSIFIED CONSULTANTS, INC., et al.,

11                                   Defendants.

Case No. 2:14-cv-0375-24-RFB-PAL

ORDER

12        Before the court is the Notice of Settlement (Dkt. #24) wherein the parties advise that

13  they have settled, and request that all pending dates and deadlines be vacated.

14        **IT IS ORDERED** that the parties request is **GRANTED** and the parties shall have until

15  **November 16, 2014,** in which to file a stipulation for dismissal with prejudice.

16        **IT IS FURTHER ORDERED** that counsel shall comply with the requirements of

17   LR 6-2 governing submission of the required form of order for stipulations, *ex parte*, or

18  unopposed motions in any such future application for relief from the court.

19        DATED this 18th day of September, 2014.

20
21
22

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1